IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **LATONYA RACHELLE BENNINGS,** | § | |
| Plaintiff, | § § § | |
| v. | § | Civil Action No. **3:18-CV-2599-L** |
| **UT SOUTHWESTERN MEDICAL CENTER,** | § § § | |
| Defendant. | § § | |

## ORDER

On May 16, 2019, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 21) was entered, recommending that the court grant Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Doc. 15), filed December 17, 2018, but give Plaintiff, who is proceeding pro se, another opportunity to amend her pleadings by a deadline to be set by this court. No objections to the Report were filed.

Having reviewed the motion, pleadings, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **grants** Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Doc. 15), filed December 17, 2018, but will allow Plaintiff another opportunity to amend her pleadings. Any amended complaint by Plaintiff must be filed by **June 17, 2019.** *Failure to comply with this order will result in dismissal with prejudice of all claims asserted by Plaintiff and this action under Federal Rule of Civil Procedure 12(b)(6).*

**Order – Page 1**

**It is so ordered** this 31st day of May, 2018.

Sam A. Lindsay
United States District Judge